No. 04–1710.  IN RE VEY;
No. 04–10728.  IN RE GOTTLICH;
No. 05–5292.  IN RE HENSON; and
No. 05–5486.  IN RE BRINKLEY.  Petitions for writs of mandamus and/or prohibition denied.

No. 04–10529.  IN RE WOODBERRY.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed.  See this Court's Rule 39.8.

No. 05–5456.  IN RE ARANDA.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.  JUSTICE STEVENS dissents.  See *id.*, at 4, and cases cited therein.

No. 04–1128.  PLEETER *v.* BOOKBINDER.  C. A. 11th Cir.  Certiorari denied.

No. 04–1136.  ROANE *v.* UNITED STATES;
No. 04–8850.  JOHNSON *v.* UNITED STATES; and
No. 04–8856.  TIPTON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.